1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   SARAH E. GRISWOLD (CABN 240326)
5  Assistant United States Attorney

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5061
      FAX: (408) 535-5081
8     sarah.griswold@usdoj.gov

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-635 WHO |
| Plaintiff, | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| v. | |
| SANTOS EDUARDO ORTIZ CHAVEZ, and JUAN CARLOS HERNANDEZ-RUIZ, | |
| Defendants. | |

20       The United States hereby submits this Notice of Related Case in a Criminal Action pursuant to

21 Criminal Local Rule 8-1 for the following two cases:

22       1.     United States v. Ortiz Chavez et al., 3:19-cr-635 WHO ("Case 1"), and

23       2.     United States v. Juan Carlos Hernandez-Ruiz et al., 3:21-cr-34 CRB, ("Case 2").

24       Case 1 charges Juan Carlos Hernandez-Ruiz and Santos Eduardo Ortiz Chavez with conspiracy

25 to distribute and possess with intent to distribute 50 grams and more of a mixture containing

26 methamphetamine, and with possession with intent to distribute 50 grams and more of a mixture

27 containing methamphetamine, on October 10, 2019. Santos Eduardo Ortiz Chavez is a fugitive.

28
                                                       1

Case 2 charges Juan Carlos Hernandez-Ruiz and Heriberto Hernandez-Ruiz with possession with intent to distribute 50 grams and more of a mixture containing methamphetamine on May 18, 2020.

Both cases relate to the methamphetamine trafficking of Juan Carlos Hernandez-Ruiz.  The events charged in Case 2 occurred while Juan Carlos Hernandez-Ruiz was on pretrial release in Case 1. Juan Carlos Hernandez-Ruiz is scheduled to plead guilty in Case 1 on February 23, 2021.  Counsel for Juan Carlos Hernandez-Ruiz has indicated to the undersigned that Juan Carlos Hernandez-Ruiz intends to plead guilty in both Cases 1 and 2.  Assignment to a single Judge may conserve judicial resources by allowing Juan Carlos Hernandez-Ruiz to be sentenced in both cases by a single judge at a single hearing. Accordingly, the United States provides notice that Case 1 and Case 2 are related.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

DATED:  January 26, 2021

　　　　　　/s/
SARAH E. GRISWOLD
Assistant United States Attorney